NOSSAMAN LLP
JAMES H. VORHIS (SBN 245034)
jvorhis@nossaman.com
DAVID C. LEE (SBN 193743)
dlee@nossaman.com
JILL N. JAFFE (SBN 286625)
jjaffe@nossaman.com
ALEXANDER WESTERFIELD (SBN 295676)
awesterfield@nossaman.com
50 California Street, 34th Floor
San Francisco, CA 94111
Telephone: 415.398.3600
Facsimile: 415.398.2438

Attorneys for Defendant TETRA TECH, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CRAIG MASON, PATRICIA HEALEY, and GARY GOODRICH, Individually and on Behalf of All Other Similarly Situated Persons,

Plaintiffs,

vs.

ASHBRITT, INC.; TETRA TECH, INC.; and DOES 1 through 100, inclusive,

Defendants.

Case No: 4:19-cv-01062-DMR

**DEFENDANT TETRA TECH, INC'S DISCLOSURE STATEMENT PURSUANT TO FRCP 7.1**

Date Action Filed: February 26, 2019

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Defendant TETRA TECH, INC., certifies to the best of their knowledge the following:

1. Tetra Tech, Inc. is a non-governmental corporate party;

2. No parent corporation owns Tetra Tech, Inc.; and

3. Tetra Tech, Inc. does have publicly traded stock, and the following publicly held corporations own ten percent (10%) or more of its stock:

   a. BlackRock, Inc.; and

   b. The Vanguard Group, Inc.

Date: May 30, 2019

NOSSAMAN LLP
JAMES H. VORHIS
DAVID C. LEE
JILL N. JAFFE
ALEXANDER WESTERFIELD

By: /s/ James H. Vorhis
James H. Vorhis

Attorneys for Defendant TETRA TECH, INC.