# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL CONFERENCE MINUTE ORDER

| **Date:** May 29, 2019 | **Time:** 40 minutes | **Judge:** DONNA M. RYU |
|---|---|---|
| **Case Nos.** C18-7181 DMR<br><br>C19-1062 DMR | **Case Name:** Horne v. Ashbritt, Inc<br>Mason v. Ashbritt, Inc | |

**For Plaintiffs:** Robert Arns
**For Defendants:** Andrew Hutchison for ECC, Gayle Athanacio for Ashbritt, James Vorhis and Jill Jaffe for Tetra Tech

**Deputy Clerk:** Doug Merry              **FTR:** 1:57-2:37

## PROCEEDINGS

Initial (19-1062)/Further (18-7181) Case Management Conference held.

Plaintiffs shall file their second amended complaint in the Horne case no later than May 31, 2019.  Plaintiffs agree that once the second amended complaint is filed, no additional claims may be added.  Plaintiffs' may seek to add named class representatives by no later than September 30, 2019.  Deadline for Defendants to seek leave to amend the pleadings to add new parties, claims or defenses is September 30, 2019.

Defendants' anticipated motions in response to the second amended complaints in both cases are due by July 1, 2019.  Response/oppositions due by July 22, 2019. Replies due by August 5, 2019.

Hearing on the motions and a further case management conference are set for **August 29, 2019 at 1:00 pm.**  An updated joint case management statement is due by August 22, 2019 and must address in detail their proposed case schedule and ADR treatment and timing.

Initial disclosures for Plaintiffs, Defendants Tetra Tech and ECC are due by June 12, 2019.  Initial disclosures for Defendant Ashbritt are due by June 14, 2019.  Parties are ordered to complete their Rule 26 discussions forthwith.

The Court denied Defendants' oral motion for a discovery stay pending the August 29, 2019 hearing.

cc: Chambers