## ORDER FOR SUPPLIES OR SERVICES

| | PAGE 1 OF   23 |
|---|---|

| 1. CONTRACT/PURCH. ORDER/ AGREEMENT NO. W912P814D0033 | 2. DELIVERY ORDER/ CALL NO. W9123818F0009 | 3. DATE OF ORDER/CALL *(YYYYMMDD)* 2017 Nov 10 | 4. REQ./ PURCH. REQUEST NO. W82N6M72998210 | 5. PRIORITY |
|---|---|---|---|---|

| 6. ISSUED BY                          CODE   W91238 | 7. ADMINISTERED BY *(if other than 6)*          CODE | 8. DELIVERY FOB |
|---|---|---|
| USACE SACRAMENTO DISTRICT ATTN: CONTRACTING DIVISION 1325 J STREET SACRAMENTO CA 95814-2922 | **SEE ITEM 6** | [X] DESTINATION [ ] OTHER<br><br>*(See Schedule if other)* |

| 9. CONTRACTOR          CODE   00Z46 | FACILITY | 10. DELIVER TO FOB POINT BY (Date) *(YYYYMMDD)* SEE SCHEDULE | 11. MARK IF BUSINESS IS [ ] SMALL |
|---|---|---|---|
| NAME AND ADDRESS | ASHBRITT, INC. DBA: ASHBRITT, INC. DEERFIELD BEACH FL 33441-3543 | | 12. DISCOUNT TERMS Net 30 Days | [ ] SMALL DISADVANTAGED [ ] WOMEN-OWNED |
| | | 13. MAIL INVOICES TO THE ADDRESS IN BLOCK See Item 15 | |

| 14. SHIP TO          CODE | 15. PAYMENT WILL BE MADE BY          CODE   964145 | |
|---|---|---|
| **SEE SCHEDULE** | USACE FINANCE CENTER CIVIL FUNDED CONTRACTS 5722 INTEGRITY DRIVE ATTN: CEFC-FP MILLINGTON TN 38054-5005 | **MARK ALL PACKAGES AND PAPERS WITH IDENTIFICATION NUMBERS IN BLOCKS 1 AND 2.** |

| 16. TYPE OF ORDER | DELIVERY/ CALL   X | This delivery order/call is issued on another Government agency or in accordance with and subject to terms and conditions of above numbered contract. |
|---|---|---|
| | PURCHASE | Reference your quote dated Furnish the following on terms specified herein. REF: |

ACCEPTANCE. THE CONTRACTOR HEREBY ACCEPTS THE OFFER REPRESENTED BY THE NUMBERED PURCHASE ORDER AS IT MAY PREVIOUSLY HAVE BEEN OR IS NOW MODIFIED, SUBJECT TO ALL OF THE TERMS AND CONDITIONS SET FORTH, AND AGREES TO PERFORM THE SAME.

| AshBritt, Inc. | Brittany K. Perkins | Brittany K. Perkins, CEO | 2017/11/10 |
|---|---|---|---|
| NAME OF CONTRACTOR | SIGNATURE | TYPED NAME AND TITLE | DATE SIGNED *(YYYYMMDD)* |

[X] If this box is marked, supplier must sign Acceptance and return the following number of copies:   1

**17. ACCOUNTING AND APPROPRIATION DATA/ LOCAL USE**

See Schedule

| 18. ITEM NO. | 19. SCHEDULE OF SUPPLIES/ SERVICES | 20. QUANTITY ORDERED/ ACCEPTED* | 21. UNIT | 22. UNIT PRICE | 23. AMOUNT |
|---|---|---|---|---|---|
| | **SEE SCHEDULE** | (b)(6) | | | |

| * If quantity accepted by the Government is same as quantity ordered, indicate by X. If different, enter actual quantity accepted below quantity ordered and encircle. | 24. UNITED STATES OF AMERICA TEL: (b)(6) EMAIL: BY: (b)(6)          CONTRACTING / ORDERING OFFICER | 25. TOTAL   $39,163,479.76 EST |
|---|---|---|
| | | 26. DIFFERENCES |

| 27a. QUANTITY IN COLUMN 20 HAS BEEN |
|---|
| [ ] INSPECTED   [ ] RECEIVED   [ ] ACCEPTED, AND CONFORMS TO THE CONTRACT EXCEPT AS NOTED |

| b. SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE | c. DATE *(YYYYMMDD)* | d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|---|
| | | |

| e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 28. SHIP NO. | 29. DO VOUCHER NO. | 30. INITIALS |
|---|---|---|---|
| | | | |
| f. TELEPHONE NUMBER   g. E-MAIL ADDRESS | [ ] PARTIAL [ ] FINAL | 32. PAID BY | 33. AMOUNT VERIFIED CORRECT FOR |
| 36. I certify this account is correct and proper for payment. | 31. PAYMENT | | |
| a. DATE *(YYYYMMDD)* | b. SIGNATURE AND TITLE OF CERTIFYING OFFICER | [ ] COMPLETE [ ] PARTIAL [ ] FINAL | 34. CHECK NUMBER |
| | | | 35. BILL OF LADING NO. |

| 37. RECEIVED AT | 38. RECEIVED BY | 39. DATE RECEIVED *(YYYYMMDD)* | 40. TOTAL CONTAINERS | 41. S/R ACCOUNT NO | 42. S/R VOUCHER NO. |
|---|---|---|---|---|---|
| | | | | | |

DD Form 1155, DEC 2001                    PREVIOUS EDITION IS OBSOLETE.

Section B - Supplies or Services and Prices

| ITEM NO 0001 | SUPPLIES/SERVICES | QUANTITY 1 | UNIT Job | UNIT PRICE $39,163,478.76 | AMOUNT $39,163,478.76 EST |
|---|---|---|---|---|---|

CA Wildfire Debris 2017 - Sonoma County
FFP
Managing Disaster Generated Debris. See the incorporated SOW, and negotiated
Price Schedule Line Items. This task order is issued in accordance with the terms
and conditions of IDIQ Contract W912P8-14-D-0033. All CLIN Unit of Issue
values are FFP; however contractor shall provide documentation for tonnage via
ADMS as these values are paid on an actual bases. Contractor shall provide a real-
time burn rate to the Contracting Officer every three days. PoP shall be for a
minimum of 14 calendar days to include holidays: twelve hours per day, 7 days per
week, periods of work are detailed with the Statement of Work (SOW).
FOB: Destination
PURCHASE REQUEST NUMBER: W62N6M72996210

| | | |
|---|---|---|
| | NET AMT | $39,163,478.76 (EST.) |

ACRN AA                                                                    $39,163,478.76
CIN: W62N6M72996210

Section E - Inspection and Acceptance

## INSPECTION AND ACCEPTANCE TERMS

Supplies/services will be inspected/accepted at:

| CLIN | INSPECT AT | INSPECT BY | ACCEPT AT | ACCEPT BY |
|------|------------|------------|-----------|-----------|
| 0001 | Destination | Government | Destination | Government |

Section F - Deliveries or Performance

## DELIVERY INFORMATION

| CLIN | DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | DODAAC / CAGE |
|------|---------------|----------|-----------------|---------------|
| 0001 | POP 10-NOV-2017 TO 09-DEC-2017 | N/A | N/A FOB: Destination | |

Section G - Contract Administration Data


## ACCOUNTING AND APPROPRIATION DATA

AA: 096 NA X 2018 3125 000 0000 CCS: 999 L2 2018 08 2451 099998 96042 2520 2H377C SRC: 070 NA X X 0702.000 0000 0000 000000 00000A
AMOUNT: $39,163,478.76

| ACRN | CLIN/SLIN | CIN | AMOUNT |
|------|-----------|-----|--------|
| AA | 0001 | W62N6M72996210 | $39,163,478.76 |

Section H - Special Contract Requirements

WAGE RATE STATEMENT

Workers employed by contractors or subcontractors will be paid the
Service Contract Act, Davis-Bacon prevailing wage rate or State of
California Department of Industrial Relations wage rate, whichever is
higher.

Section J - List of Documents, Exhibits and Other Attachments

<u>STATEMENT OF WORK</u>

## Managing Disaster Generated Debris
## Statement of Work
## Revised: 09 Nov 2017

## 1.0 GENERAL

The purpose of Task Order 2 is to provide debris removal, reduction (if necessary), hauling, and disposal from authorized commercial, public, and private properties in (SONOMA) County, which have been declared a disaster area by the President due to the effects of the Northern California Wildfires of 2017.

## 2.0 DESCRIPTION OF WORK

The Contractor shall provide all management, supervision, labor, tools, and equipment necessary to load, haul, accept, process, record, reduce, and final disposal of disaster related debris in Corps approved disposal sites. This T.O. is for the removal of debris by the Contractor from Private Property only (PPDR). The Contractor shall not enter on to commercial or public properties during the performance of this contract unless specifically authorized by the Contracting Officer on a case-by-case basis. USACE and local government officials will identify and work with each property owner to obtain legal authority to enter the property by obtaining an executed Right of Entry (ROE) form. The contract may not enter a private property or execute work on a private property without a fully executed Right of Entry (ROE) form or access granted by state or local government officials through other legal procedures. The debris to be removed consists of vegetation, ash, contaminated soil, remnant structures, construction and demolition (C&D), concrete, metal, trees that prohibit work performance, stumps, household hazardous waste (HHW), hazardous and toxic waste (HTW), electronic waste, small motorized equipment (lawn mowers, gas-powered carts, chain saws, etc.), white goods (washers, dryers, refrigerators, etc.), cars, boats, trailers, recreational vehicles, etc.

2.1    <u>Submittals:</u>

Submittals, listed below, are required to be provided to the Contracting Officer prior to starting debris mission.

a) A task order specific Debris Removal Operations Plan (DROP) addressing the requirements specified in Section 3: Services, outlining Technical Approach and Methodology, Geographic Area Management, and Organizational Structure (management to field supervisory level and division of responsibilities).
b) A task order specific Quality Control Plan as required in the Contractor Quality Control Specification (see Section J, Attachment 7).
c) A task order specific, Site Specific Safety and Health Plan as required in the latest version of EM-385-1-1.

    d) A task order specific, Air Monitoring and Surveillance plan as addressed in the requirements of Section 3, part C.
    e) Proposed signage per section 3.10 A. a.and b.
    f) Arborist Certification per section 3.10 K. a.
    g) Asbestos Consultant certification per section 3.10. A.

## 2.2   Insurance:

The contractor shall maintain the required insurance coverage as stated in the basic contract. Proof of such coverage shall be provided to the COR.

## 2.3   Responsibilities:

The responsibilities of the Contractor under this task order include, but are not limited to, the following work items:

    a) Submit daily QC report detailing work performed on that date.
    b) Obtain all permits, licenses, and maintain these documents at the project site where work is to be performed and have such documents readily available.
    c) Plan the work to minimize the impact on neighborhood infrastructure and access.
    d) All trucks, equipment and vehicles used in the execution of this task order shall comply with all CA DOT regulations.
    e) Assure all trucks hauling debris are covered and have an acceptable tailgate (per section 5.0 – Equipment).
    f) Install and maintain safety barriers at all Contractor debris operations sites, and grinding reduction sites, maintaining a minimum 300 ft. safety offset radius.
    g) Compliance with all applicable local, state, and federal laws and regulations pertaining to dust control; removal, transportation, processing, and disposal of debris; and other operations associated with this contract.

2.4    The Contractor shall execute performance under this task order in accordance with the basic contract.

## 3.0 SERVICES

3.1    The Contractor shall provide all necessary equipment, operators, and laborers for Public and Private Property Debris segregation, demolition, loading, and removal from private properties with fully executed ROE's or access granted by state or local officials. The Contractor shall provide all necessary equipment, operators, and laborers for debris hauling, oversight, and debris disposal/reduction site management as specified in the bidding schedule or as negotiated under this task order. The Contractor shall provide all labor and materials necessary to fully operate and maintain (including fuel, oil, grease and repairs) all equipment under this contract. The Contractor shall provide all necessary labor, equipment, and oversight for demolition of partially burned structures, when identified for removal by the COR.

3.2     All line item rates include the cost of the equipment maintenance, fuel, repairs, overhead, profit, insurance, labor, operator(s) and any other costs associated with the equipment.

3.3     All manpower rates include the cost of protective clothing (to include hard-hats, gloves, safety glasses, hearing protection, steel toed boots, etc.), fringe benefits to include overtime, hand tools, supervision, transportation and any other costs.

3.4     The work shall include constructing appropriate Temporary Disposal Storage and Reduction (TDSR) sites, managing the operations of these reduction sites, performing vegetative debris reduction by grinding. The Contractor shall be responsible for all costs associated with the final disposal of reduced debris. Landfill disposal fees are the responsibility of the Contractor, and will be included in pricing. Contractor will be responsible for returning the reduction site to near original conditions, as determined by photographic evidence and the COR, upon completion of reduction activities.

3.5     The Contractor shall provide inspection towers as specified in the contract for use at all disposal, reduction, and TDSR sites.

3.6     The Contractor shall conduct the work so as not to interfere with the disaster response and recovery activities of federal, state, and local government agencies, or of any public utilities.

3.6     If public Right of Way (ROW) debris removal is necessary to obtain access to a property with an approved ROE, only that part of the debris that lies within the ROW shall be removed. The Contractor shall not enter onto private property during the performance of this contract without ROE.

3.7     The Contractor shall repair any damages caused by the Contractor's equipment in a timely manner at no additional cost to the Government. The debris work area shall be left clear of debris and cleaned, as reasonably and practical under the conditions of this project. Contractor shall notify the COR of any damages immediately.

3.8     The Contractor shall use equipment and perform work in a manner to prevent damages to the publicly owned infrastructure, facilities, and adjacent ROWs, including all landscaped areas. The Contractor shall repair damages caused by the Contractor's equipment in a timely manner at no additional cost to the Government. All equipment shall be approved by the COR prior to use. Any damage to private property, sidewalks, curbs, or streets shall be repaired at the expense of the Contractor. Contractor shall notify the COR of any damages immediately.

3.9     All work shall be accomplished in a safe manner in accordance with local, state, and federal guidelines.

3.10    The following is a summary description of the tasks the Contractor is to perform:

A. Initial Site Reconnaissance:

W912P814D0033
W9123818F0009
Page 10 of 23

a.  Provide and install sustained temporary signage to reestablish all addresses that
    ROE's are received for or access granted by state or local officials. Submit for
    approval proposed signage to be used. Signage to be removed at the end of the
    contract per direction by the COR.

b.  Provide and install project signs: The signs shall be required to provide information to
    the property owner and used to coordinate the project with various agencies. During
    the project, each phase will be signed off to indicate progress. Example:



c.  Obtain, analyze and evaluate background soil samples to establish cleanup goals for
    the project, including asbestos testing. Asbestos testing will not be required if the
    Contractor is assuming that all ash is toxic and disposing of it at the proper landfill
    location. If this assumption is not made, tests will be required at a rate of one test per
    5000 yd$^3$ of ash.

d.  Conduct Hazardous Waste Assessment and dispose of Hazardous waste according to
    CalEPA and TSCA requirements.

e.  Asbestos containing material shall be identified and abated prior to demolishing
    structures or removing debris. All Federal, state, and local laws need to be followed
    unless waived by a state agency. During the asbestos screening process, bulk samples
    shall be collected from 10-20 percent of the representative structures that have not
    been destroyed to determine the presence of ACM above NESHAP regulations, and
    to ensure residual building materials do not contain asbestos that may change the
    overall waste classification.

f.  Total and respirable particulates shall be monitored and analyzed using NIOSH
    method 500 and 600, respectively. PAHs shall be monitored and analyzed using
    NIOSH method 5506. Other identified respiratory hazards shall be sampled for and
    analyzed by their respective NIOSH manual of analytical methods listing technique.
    All samples shall be collected by a certified industrial hygienist or an industrial
    hygienist technician working under a certified industrial hygienist. All samples shall
    be submitted to a NAVLAP or AIHA accredited laboratory. The contractor shall
    adjust engineering controls, administrative controls, and PPE based on the results of
    the sampling data. Samples shall be taken until project personnel can adequately
    characterize personnel exposure to respiratory hazards.

g.  Identify water, natural gas and electrical sources.

h. Identify equipment and material staging area(s) with approval of USACE.

B. Individual Site Assessments:

a. Conduct Individual Site Assessments and document condition of site with photos.
b. Identify underground utilities by alerting Underground Service Alert (USA).
c. Confirm and mark property lines.
d. Identify septic tank and leach field locations on each property.
e. Identify water wells on properties not serviced by the local water agency.
f. Measure and record foundation and other hardscape footprints.
g. Measure and record ash footprints.
h. Identify other property-specific features (i.e. swimming pools, large vehicles, hazardous trees).
i. Coordinate with USACE to identify and remove hazardous wastes that were missed during the initial assessment.
j. Identify any safe's or homeowner belongings and contact USACE.

C.    Air Quality:
Conduct Air Monitoring and Surveillance during Debris Removal Operations:

a. The contractor shall establish and implement an exposure monitoring program for respiratory hazards to include asbestos, total and respirable particulates, Polycyclic Aromatic Hydrocarbons (PAHs), heavy metals, and other known or identified respiratory hazards to ensure personnel responding to work are adequately protected from respiratory protection hazards. The exposure monitoring plan shall include, at a minimum, area samples and personal monitoring, if sampling data indicates it is necessary.
b. Asbestos shall be monitored and analyzed using NIOSH 7400, or 7402 if sample results indicate it is necessary. Total and respirable particulates shall be monitored and analyzed using NIOSH method 500 and 600, respectively. PAHs shall be monitored and analyzed using NIOSH method 5506. Heavy metals shall be monitored and analyzed by NIOSH method 7300. Other identified respiratory hazards shall be sampled for and analyzed by their respective NIOSH manual of analytical methods listing technique. All samples shall be collected by a certified industrial hygienist or an industrial hygienist technician working under a certified industrial hygienist. All samples shall be submitted to a NAVLAP or AIHA accredited laboratory. The contractor shall adjust engineering controls, administrative controls, and PPE based on the results of the sampling data.
c. The contractor shall develop and implement a Community Air Monitoring Plan as outlined in Cal EPA's "Guidance for Conducting Emergency Debris, Waste and Hazardous Material Removal Actions Pursuant to a State or Local Emergency Proclamation.

D.    Health and Safety Considerations:

a. Provide a task order specific Site Specific Safety and Health Plan as required in the latest version of USACE EM 385-1-1.-Comply with the most current edition of USACE EM 385-1-1, and all applicable federal, state, and local laws, ordinances, criteria, rules and regulations including but not limited to 29 CFR 1910 and 29 CFR 1926.

b. All mishaps (accidents, incidents, and near misses) shall be reported to the Safety Office through the COR by use of the SPK-1-R immediate mishap notification form. This is to be accomplished within the same shift, preferably as soon after the accident as is practical. Fill out an Occupational Safety and Health Administration (OSHA) Form 300; and ENG 3394 shall be submitted to the Safety Office within 5 days after an accident. In the event of serious injury or damage, work will stop and everything will be left in place exactly as it was at the time of the accident, except when the possibility of more damage or injury exists.

c. Provide a Safety person at the project site to function as the Site Safety and Health Officer (SSHO). The SSHO or an equally-qualified Designated Alternate SSHO shall be available to all work crews at various work sites to implement and administer the Contractor's safety program and government-accepted Accident Prevention Plan. The SSHO's training, experience, and qualifications shall be IAW EM 385-1-1 paragraph 01.A.17 and all associated sub-paragraphs. The SSHO must ensure the requirements of EM 385-1-1 section 1 and 29 CFR 1926.16 are met for the project.

d. Contractor SSHOs shall be a full-time responsibility. USACE shall hold contractors accountable for their safety and health performance.

E.   Storm Water Pollution Prevention:

Install Storm Water Best Management Practices (BMP's) during Debris Removal Operations:

a. Use engineering controls to manage dust such as watering down prior to start of removal operations, during waste removal, and loading waste into transport vehicles.

b. Employ appropriate storm water best management practices at each site (such as use of wattles) to prevent off-site migration of waste into municipal system or nearby waters. (i.e. sedimentation/ash control at storm drain inlets)

c. Staging sites, truck certification sites, and TDSR sites must be included in the SWPPP.

F.   Segregate Vehicles for Disposal/Recycling:

a. Remove vehicles (i.e. cars, boats, motorcycles, etc.) to a temporary offsite storage, as approved by the COR, for VIN clearance by local government officials.

b. Once VIN clearance has occurred, the Contractor is responsible for final disposal and/or recycling.

c. Confirm that motor vehicles have been cleared of their title before disposal.

d. Vehicles in the public ROW shall not be removed or moved.

G.   Segregate Ash for Disposal:

a. Collect, consolidate, and remove ash and debris for disposal. This material typically requires special handling and disposal as "designated" or "special" waste at a lined landfill.
b. Ash can be co-mingled/disposed of together with C&D, Masonry and Stucco
c. Pre-wet ash before removal to prevent dust.

H.   Segregate Metals for Disposal/Recycling:

a. Collect, consolidate and remove metals for recycling or disposal.
b. Appliances such as refrigerators and freezers require special handling and removal of the refrigerant.

I.   Segregate Concrete for Disposal/Recycling:

a. Collect, consolidate and remove concrete for recycling. This includes all driveway slabs and foundations.
b. The concrete will require asbestos testing prior to disposal or recycle.
c. Check local building ordinances for construction standards to determine if special equipment is needed to remove the concrete due to thickness, depth, or reinforcement design.

J.   Finish Surface:

a. Remove three to six inches of soil for reuse or disposal pending waste characterization. If soil is clean, a landfill may accept it as daily cover.
b. Remove concrete from, but do not fill, basements, underground wine cellars, or other underground storage. Place a temporary metal construction fence around perimeter to protect the open area. Fence must stand on its own and not have posts driven into the ground. Example below.
c. Pools shall not be removed nor filled. Instead, remove any debris from pool and drain or pump water to use as dust control for the parcel. Place a temporary metal construction fence around perimeter to protect the open area. Fence must stand on its own and not have posts driven into the ground. Example:

W912P814D0033
W9123818F0009
Page 14 of 23



d.  Retaining walls shall not be removed.
e.  Cut and cap utilities at location of building footprint.
f.  Finish grading/smoothing ground surface.

K.  Tree Removal

a.  The Contractor shall only remove trees from private property if the trees prohibit the Contractor from performing work in other areas outlined in this contract.
b.  The resulting tree debris should be moved to a TDSR for grinding. Processed tree debris may be used for erosion control, beneficial reuse (if practicable), or disposal.

L.  Conduct Confirmation Sampling:

- Upon removing all the debris and three to six inches of soil, sample and analyze the remaining soil surface for the same constituents identified as clean-up goals.
-The California screening levels for soil are the California Human Health Screening Levels (CHHSLs) from the Office of Health Hazard Assessment (OEHHA).  The link to the soil levels is: https://oehha.ca.gov/chhsltable
- Compare soil results to clean-up goals (per the DROP).
- If results are higher than the threshold for clean-up goals (per the DROP), the Contractor will remove another layer of soil (from 1/2, inch to 3 inches) for disposal and conduct re-sampling of the soil. The removal and re-sampling shall be repeated until the remaining soil meets objectives.
- If results are less than the threshold clean-up goals, observe and verify the site preparation for final erosion control and certification.
-In the event that background or regional initial contaminant levels are higher than threshold clean-up goals, the background level may be used as the threshold.

-All soil removed will be treated as contaminated. The contractor should not stockpile soil off-site for re-use.

M.    Landfill Identification

The contractor is responsible for identification and verification of the acceptance of categorical waste in landfills.

N.    Homeowner Report

Prepare a final report for each individual landowner describing work performed, a cost summary, pre and post photos, and any lab sampling data for the property for insurance purposes.

O.    Automated Debris Management System (ADMS):

The Contractor shall implement the Automated Debris Management System (ADMS) in accordance with the base contract.  Each individual property shall be tracked separately.

P.    Tribal Monitors:

a.  The contractor is responsible for obtaining a tribal monitor. The contractor is required to consult with and provide access to a tribal monitors in any location where cultural artifacts may be present, or in culturally sensitive areas. Federally recognized tribes with previously defined land interests are responsible for determining the areas where tribal monitors are required.
b.  A list of addresses for properties of concern will be provided to the Contractor. When the contractor begins work on the identified properties, they shall notify the Tribes prior to start of work.

Q.    Archaeologists:

The contractor shall provide an on call archaeologist in the event that a potentially culturally significant artifact is located in soil disturbance.

R.    Stop Work:

The Contractor shall immediately stop work and inform USACE should any of the following be encountered:
A. Human remains - If human remains are found, stop work and call the following:
   a. Sonoma - Sheriff's Dispatch: 707-565-2121
B. Unexploded ordnance and weapons
   a. Sonoma - Sheriff's Dispatch: 707-565-2121 or 911
C. Animal carcasses
   a. Sonoma - Sheriff's Dispatch: 707-565-2121

D. Active utilities, including natural gas, leave the area as safely and quickly as possible and dial 911.

    a.  Sonoma - Sheriff's Dispatch: 911

## 4.0 PERFORMANCE SCHEDULE

4.1    The contractor shall commence mobilization immediately upon issuance of task order. The contractor will perform in accordance with the task order in all designated work areas established therein.  The contractor will commence removal operations within 24 hours of issuance of task order. DROP plan is required to be submitted to USACE before commencement of work. Debris removal and hauling shall be performed between the hours of 7:00 am and 7:30 pm, seven (7) days per week, including holidays.  It is anticipated that the initial tasks will take 30 days to accomplish with a Government option to extend operations on a bi-weekly basis.

4.2    Prior to commencing debris removal operations, the Contractor shall, with COR direction, provide a work plan showing where operations will begin and which parcel/properties will be completed on a 7 and 14 day projection.  The plan shall be updated daily.

4.3    The Contractor shall manage disposal site/reduction site operations to coincide with hauling operation between the hours of 7:00 am and 7:30 pm, 7 days per week.

4.4    In accordance with the requirements within the base task order as well as the performance metrics Table identified on page 107 of 107 in IDIQ Contract W912P8-14-D-0033 the contractor shall have available the initial five (5) crews on the first day of the Period of Performance (PoP). The PoP is for a period of approximately 30 days.  The contractor will begin performance upon receipt of a Notice to Proceed (NTP) which shall be issued within 5 days of task order award.

The MOB Plan for this TO is as follows:

| Day 1 | 5 Crews |
|-------|---------|
| Day 2 | 10 Crews |
| Day 3 | 10 Crews |
| Day 4 | 20 Crews |
| Day 5 | 30 Crews |
| Day 6+ | Fully Mission Capable |

## 5.0   EQUIPMENT

5.1    All equipment used under this task order must be in compliance with all requirements as specified in accordance with the basic contract. All trucks must be certified prior to use at a COR approved site.

5.2    Trucks and other heavy equipment designated for use under this contract shall be equipped with two signs, one attached to each side. These signs shall be furnished by the Contractor.  Magnetic signs are not permitted.  The signs shall contain the following information:

- Company Name
- Truck Number
- Inspector's Name and Date

5.3     If the truck tailgate is not permanently affixed, tailgate fencing on each loading truck must (at a minimum):

- Be attached permanently to one side of the truck bed, and tied to the other side at two places with heavy cage wire.
- Extend permanently to the bottom of the bed.
- Be tight against the bed of the truck and secured at a minimum of two locations, after loading
- Use solid iron metal bars on two sides of the fencing.

5.4     Prior to commencing debris removal operations, the Contractor shall present to the COR all trucks, trailers, or containers that will be used for hauling debris.  Each truck or trailer will be measured to determine the maximum load capacity in Tons as specified in the basic contract.

5.5     Loading equipment used under this task order shall be sized and selected to properly fit loading conditions.  Contractor shall provide to the COR various types of loading equipment that it anticipates using under this task order. All equipment used on this task order shall be operated in a manner to prevent damage to existing infrastructure.

**6.0     DEBRIS MANAGEMENT**

6.1     The ADMS system used must generate an electronic load tickets at the point of debris loading into the transport container. At a minimum, the system must produce a load ticket must exhibiting the following characteristics:

- A. Allow creation of point of origin load data only when position is known and credentials have been authenticated.
- B. Automatically record date and time and other relevant point of origin data.
- C. Systems writes point of origin load data using encrypted storage algorithms.
- D. Records Right of Entry or work order number.
- E. Documents ticket/tower personnel credentials with point of origin load data.
- F. Acknowledge successful data capture
- G. Record digital images of debris, location, and / or other images selected by user.

6.2     The Contractor shall provide external internet access and upload all electronic load tickets in their original XML format on a daily basis.

6.3     Only two elements of the traditional debris paper load ticket (debris type and load call) are manually entered.

6.4    Uses GPS & GIS technologies to automatically determine the most direct haul route from loading site to disposal site and records mileage.

6.5    Evaluation of daily event status, production information, and performance information using web-based reporting, off the shelf software, and GIS tools.

6.6    Coordination of contractor invoices, FEMA documentation and applicant payment processes enabled thru an integrated database management system.

6.7    The ticket/tower applications at a minimum must include:

    A. Ticket/tower monitor electronic registration.
    B. Generate, document, track, and manage unique encrypted identification data for employed personnel.
    C. Link designated ticket/tower personnel roles to a specific mission.
    D. The ability to edit ticket/tower personnel roles i.e., create, update and delete.
    E. Assign and track equipment used in debris hauling and reduction.
    F. Store ticket/tower personnel contact information relative to the mission.
    G. Track and Manage ticket/tower personnel role and status.
    H. Reject invalid ticket/tower personnel credentials.
    I. Reject invalid certification credentials.

6.8    Truck certification is used to register authorized debris hauling vehicles and equipment. As a minimum, the following must be included:

    A. A means of electronically registering authorized debris contractor vehicles and equipment
    B. Link electronic registration to digital images.
    C. Identify mission and governmental entity
    D. Document and record unique identification data for contractor vehicles and equipment
    E. Utilize uniform measurements (e.g. feet and inches)
    F. Capture vehicle volume
    G. Utilize industry standard equations for all volume calculations
    H. Capture drivers and certification team member unique identification number
    I. Recertify vehicles
    J. Recertified vehicles must be recorded in an audit table
    K. Certification data must be associated to authorized system user
    L. Reject vehicles which are not associated with current event and applicant
    M. Capture vehicle audit records
    N. Create a printed certification record
    O. Administrative reporting capabilities

6.9    Completed ROW, ROE and Per-unit point of origin transactions must be received at the approved disposal site. At a minimum, the disposal site management application must provide the capability to:

   A. Accept site configuration data at the beginning of each work day
   B. Dynamically configure receiving application based on site configuration data
   C. Display certification data and photo for ticket personnel to perform a field audit of truck/trailer to assure they matches certification and placard number
   D. Designate debris type
   E. Record debris weight (based on unit of measure for the contract task order)
   F. Identify original load data and create hard copy
   G. Create load data record in internal storage
   H. Create backup copy of internal storage
   I. Continuously calculate and present real-time disposal site statistics
   J. Re-print load ticket data
   K. Preserve in its original state, then transmit daily transaction data
   L. Associate ticket/tower personnel credentials with each received load

6.10  Perform administrative duties, verify vehicle audit information, display real time ticket volumes, and review ticket/tower personnel GPS audit logs. At a minimum, the field administrative applications must provide the capability to:

   A. Change ticket/tower personnel identification roles and responsibilities
   B. Review total weight or total CY counter value
   C. Audit vehicle certification data
   D. Validate/Invalidate equipment and personnel
   E. Reinitiate security sequence for ticket/tower personnel
   F. In tabular format, display the results of ticket/tower GPS audit files by limiting access to the internet data or by the government secure server

6.11  Transactional data must be summarized, validated, presented and audited to provide an overall status of mission performance. The Data Consolidation applications must facilitate billing, error reporting, performance tracking and graphical data preparation. At a minimum, the Data Consolidation tools must provide the capability to:

   A. Accept transactional data sets from multiple debris location systems
   B. Recognize multiple mission/applicant configurations
   C. Grant access to authorized authenticated users or processes
   D. Contain a master record of:
      -Roles and responsibilities
      -Ticket/tower personnel credentials and other data
      -Certification credentials and other data
      -Mission data
      -Applicant data
      -Geospatial data:
         *Street centerlines
         *County outlines
         *Population and demographic
         *Elevation

    *Wetlands delineation
    *Historic and Environmentally Sensitive Areas
    *Debris Work Zones
    *Parcel data
    *Land use
    *FEMA flood zones

E. Thematic mapping techniques to distinguish different data by color and/or symbol
F. Identify data attributes for a single point of data
G. Select one or many points of data
H. Calculate operational efficiency statistics such as:
    - Trip turnaround time
    - Trip distance to disposal site (straight line projection)
    - Average container fill percentage
    - Average tower manager load call
    - Load call trend data e.g., by tower managers, contractor, sub-contractor, driver,
I. Multiple data selections generate tabular data reports
J. Filter mechanisms to highlight geospatial data
K. Role based security
L. Prevent distributed data from being reprocessed for billing purposes
M. Identify billing data sets based on parameters such as:
    - Time/Date
    - Contractor/Subcontractor
    - Debris type
    - Debris disposal method (haul-in, reduction, open burn, incineration, haul-out, leave in place, etc.)
    - Haul distance
N. Prevent modification to original data by unauthorized or unauthenticated users
O. Insert audit records for modifications to original data by authorized, authenticated users

## 7.0   REPORTING

7.1    The Contractor shall submit a daily report to the KO and COR by 0700 hrs of the next calendar day throughout the duration of the task order.  Each report shall contain the information specified in the basic contract, (see "Documentation" under the Contractor Quality Control Specification, Section 1.5.2 of Attachment 4 of the base contract.)

## 8.0   HANDLING AND COLLECTION OF HAZARDOUS MATERIALS

8.1    Household Hazardous Waste (HHW) and Hazardous and Toxic Waste (HTW) shall be segregated, transported, stored, and disposed of as specified in the basic contract.

8.2    All HHW and HTW shall be delivered to collection points defined by the COR.

8.3     Any white good product(s) (refrigerators, freezers, etc.) containing chemicals or fluids shall be delivered to collection points approved by the COR where a person with the appropriate license or credentials shall remove the chemical or fluids prior to disposal or recycling.

8.4     Any concrete containing Asbestos shall be disposed of together with other contaminated C&D debris. Non asbestos concrete can be disposed of or recycled.

## 9.0     DISPOSAL SITE DESIGN, MANAGEMENT AND FACILITIES

9.1     At a minimum, the Contractor shall provide at each disposal, TDSR, and reduction site utilized; all necessary facilities to effectively operate the site.  These items include but are not limited to an inspection tower, portable toilet(s), traffic control barricades and direction, and a household hazardous waste containment cell.

9.2     Hauling operations will not be allowed into any temporary disposal, TDSR, and reduction sites until approved by the COR and an approved inspection tower is provided.  A temporary mechanical lift or scaffold, approved for use by the COR, may be used until a fixed tower can be constructed as specified.

9.3     All debris shall be ultimately hauled to an approved permanent disposal site.

9.4     Whenever feasible, the Contractor shall co-locate TDSRs with ultimate disposal sites to reduce/eliminate double-handling debris.

## 10.0     PERFORMANCE OF WORK

10.1     The Contractor shall utilize local sub-contractors and individuals to the maximum practicable extent in performance of this task order.

10.2     The Contractor or any Subcontractors may not billet in hotels within the affected counties (SONOMA, MENDOCINO, NAPA, & LAKE). This does not include base camps and/or campgrounds. Temporary work camps shall be designed and constructed IWA: 29 CFR 1910.142 and also the EM 385-1-1. Contractor shall advise subcontractors regarding the availability to utilize the base camp for billeting.

10.3     The Contractor agrees to complete the work in a professional, workmanlike manner and within the scope of work guidelines set forth above based on the unit pricing submitted by the Contractor in the Bid Schedule.

10.4     Crew-Day Definition – For a particular subset of work, a crew-day is defined as all of the labor and all of the equipment used for that defined task in one working day.

10.5     The government reserves the right to inspect all worksites, verify quantities and review operations at any time.

## 11.0   PAYMENT

11.1   Submit invoices for payment upon completion of tasks as outlined in the pricing/payment schedule. The contractor shall provide to the Contracting Officer a real time burn rate of total contract costs every third day following Notice to Proceed. Invoices shall include all necessary information, including any necessary supporting documentation required as part of this Statement of Work. All invoices must reflect the contract number Contract No. W912P8-14-D-0033, see Block 15 of the DD Form 1155. The final invoice must be marked "FINAL." Provide copies of all invoices to the following:

   a. Two (2) copies of the original invoice, one (1) WITH all necessary supporting documentation as required by this Statement of Work, and one (1) WITHOUT additional information or supporting documentation shall be mailed to:

   (b) (6)
   Department of the Army
   U.S. Army Corps of Engineers District, Sacramento
   CESPK-CO-C-QA
   1325 J St.
   Sacramento, CA 95814-2922
   Ph:  (916) 557-6974
   Email: (b) (6)

   b. A copy of the original invoice WITHOUT additional information or supporting documentation shall be mailed to:

   USAED, Finance Center
   Attn:  CEFC-FP
   5722 Integrity Dr.
   Millington, TN  38054-5005
   Email: cefc-payments@usace.army.mil

   c. A copy of the original invoice WITHOUT additional information or supporting documentation shall be mailed to:

   (b) (6)
   Department of the Army
   U.S. Army Corps of Engineers District, Sacramento
   CESPK-CT-A
   1325 J St
   Sacramento, CA 95814-2922
   Ph:  (916) 557-6690
   Email: (b) (6)

**PRICE SCHEDULE**

# ASHBRITT Pricing

Tons

71000

| Item No. | Location | Estimated | Unit | Unit Price | Final Price |
|---|---|---|---|---|---|
| 0001 | **Mobilization/Demobilization** | 1 | LS | $ 800,000.00 | $ 800,000.00 |
| 0002 | **Automated Debris Management System (ADMS)** | 104,700 | Tons | $ 30.00 | $ 3,141,000.00 |
| | **Ash/C&D/Masonry/Asbestos Concrete Debris Removal and Hauling to Final Disposal Sites** | | | | |
| 0003AA | Distance 0-30 miles | 50,410 | Ton | $ 202.00 | $ 10,182,820.00 |
| 0003AB | Hauling Distance 30-60 miles | 5,041 | Ton | $ 222.00 | $ 1,119,102.00 |
| 0004AA | **Ash & Soil Test Collection Crew** | 14 | Crew Days | $ 4,932.00 | $ 69,048.00 |
| 0004AB | Ash Testing | 10 | Each | $ 156.36 | $ 1,563.60 |
| | **Scrap Metal Debris Removal And Hauling to Final Disposal Sites** | | | | |
| 0005AA | Distance 0-30 miles | 3,750 | Ton | $ 202.00 | $ 757,500.00 |
| 0005AB | Hauling Distance 30-60 miles | 750 | Ton | $ 222.00 | $ 166,500.00 |
| | **Soil Debris Removal and Hauling to Final Disposal Sites** | | | | |
| 0007AA | Distance 0-30 miles | 13,995 | Ton | $ 202.00 | $ 2,826,990.00 |
| 0007AB | Hauling Distance 30-60 miles | 1,554 | Ton | $ 222.00 | $ 344,988.00 |
| 0007AC | Soil Testing | 360 | Each | $ 156.36 | $ 56,289.60 |
| | **Non-Asbestos Concrete/Foundation Removal And Hauling to Final Disposal Sites** | | | | |
| 0009AA | Distance 0-30 miles | 23,200 | Ton | $ 202.00 | $ 4,686,400.00 |
| 0009AB | Hauling Distance 30-60 miles | 6,000 | Ton | $ 222.00 | $ 1,332,000.00 |
| 0011 | **Debris Site Management [TDSR's]** | 1 | Each | $ 280,000.00 | $ 280,000.00 |
| 0012 | **Debris Disposal Fee at Commercial Landfill** | 104,700 | Ton | $ 75.00 | $ 7,852,500.00 |
| | **Removal of Freon Containing White Goods (Refrigerators, Freezers, Air Conditioners, etc.)** | | | | |
| 0013AA | Freon White Goods, 0-15 miles | 10 | EA | $ 127.34 | $ 1,273.40 |
| 0013AB | Freon White Goods, 16-30 miles | 10 | EA | $ 148.57 | $ 1,485.70 |
| | **Removal of Non-Freon Containing White Goods (Washers, Dryers, Water Heaters, Stoves, etc.)** | | | | |
| 0014AA | Non-Freon White Goods, 0-15 miles | 50 | EA | $ 84.90 | $ 4,245.00 |
| 0014AB | Non-Freon White Goods, 16-30 miles | 50 | EA | $ 106.12 | $ 5,306.00 |
| 0015 | **Tribal Monitors** | 140 | Crew Days | $ 2,000.00 | $ 280,000.00 |
| 0016 | **Archeologist** | 14 | Days | $ 2,525.00 | $ 35,350.00 |
| 0017 | **Certified Asbestos Consultant** | 40 | Crew | $ 3,280.00 | $ 131,200.00 |
| 0018 | **Air Monitoring** | 1 | LS | $ 6,912.00 | $ 6,912.00 |
| 0019 | **Storm water BMP's** | 360 | Per Property | $ 6,000.00 | $ 2,160,000.00 |
| 0020 | **Construction Temporary Fence** | 21,000 | LF | $ 30.62 | $ 643,020.00 |
| 0021 | **Temporary signage** | 1 | LS | $ 26,000.00 | $ 26,000.00 |
| 0022 | **Individual Site Assessment** | 360 | EA | $ 1,374.00 | $ 494,640.00 |
| 0023 | **Vehicle Segregation** | 600 | EA | $ 202.00 | $ 121,200.00 |
| 0024 | **Individual Landowner Final Report** | 360 | EA | $ 4,522.74 | $ 1,628,186.40 |
| 0025 | **Inspection Towers** | 1 | EA | $ 7,959.06 | $ 7,959.06 |
| Assumptions: | | | | $ | 39,163,478.76 |

No hauls greater than 90 miles