UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CRAIG MASON,

        Plaintiff,

    v.

ASHBRITT, INC., et al.,

        Defendants.

Case No. 19-cv-01062-DMR

**ORDER FOR SUPPLEMENTAL BRIEFING**

The parties are ordered to submit supplemental briefing on whether this case meets the requirements for federal jurisdiction under the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1332 ("section 1332"). Specifically, the parties shall address:

1. Whether this case meets the diversity and amount-in-controversy requirements of subsection (d)(2);
2. Whether the court may decline to exercise jurisdiction under subsection (d)(3);
3. Whether the court must decline to exercise jurisdiction under subsection (d)(4); and
4. Whether the case meets the numerosity requirement of subsection (d)(5).

The parties shall file simultaneous briefs of no more than five pages by October 28, 2019 and may file a three-page response by November 4, 2019.

**IT IS SO ORDERED.**

Dated: October 15, 2019



_____
Donna M. Ryu
United States Magistrate Judge