| | |
|---|---|
| ROGERS JOSEPH O'DONNELL<br>Neil H. O'Donnell (State Bar No. 57928)<br>nodonnell@rjo.com<br>Gayle M. Athanacio (State Bar No. 130068)<br>gathanacio@rjo.com<br>Emily A. Wieser (State Bar No. 311315)<br>ewieser@rjo.com<br>311 California Street<br>San Francisco, California 94104<br>Telephone: 415.956.2828<br>Facsimile: 415.956.6457<br><br>Attorneys for Defendant<br>ASHBRITT, INC. | THE ARNS LAW FIRM<br>Robert S. Arns (SBN 65071)<br>rsa@arnslaw.com<br>Jonathan E. Davis (SBN 191346)<br>jed@arnslaw.com<br>Robert C. Foss (SBN 275489)<br>rcf@arnslaw.com<br>Shounak S. Dharap (SBN 311557)<br>ssd@arnslaw.com<br>515 Folsom Street, 3rd Floor<br>San Francisco, CA 94150<br>Telephone: 415.594.7800<br>Telephone: 415.495.7888<br><br>Attorneys for Plaintiff<br>CRAIG MASON |

NOSSAMAN LLP
JAMES H. VORHIS (SBN 245034)
jvorhis@nossaman.com
DAVID C. LEE (SBN 193743)
dlee@nossaman.com
JILL N. JAFFE (SBN 286625)
jjaffe@nossaman.com
ALEXANDER WESTERFIELD (SBN 295676)
awesterfield@nossaman.com
50 California Street, 34th Floor
San Francisco, CA 94111
Telephone:   415.398.3600
Facsimile:    415.398.2438

Attorneys for Defendant TETRA TECH, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG MASON, PATRICIA HEALEY, and GARY GOODRICH, Individually and on Behalf of All Other Similarly Situated Persons,<br><br>Plaintiffs,<br><br>vs.<br><br>ASHBRITT, INC.; TETRA TECH, INC.; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No: 4:19-cv-01062-DMR<br><br>**[PROPOSED] ORDER RE STIPULATION FOR DISCOVERY PLAN AND BRIEFING SCHEDULE ON DERIVATIVE SOVEREIGN IMMUNITY MOTION**<br><br>Date Action Filed: February 26, 2019 |

Pursuant to the Stipulation re Discovery Plan and Briefing Schedule filed by plaintiff Craig Mason and defendants AshBritt, Inc. and Tetra Tech, Inc. dated July 8, 2020 (ECF No. 85), and good cause appearing therefore**, IT IS HEREBY ORDERED THAT** the following schedule be adopted.

| **Deadline** | **Action** |
|---|---|
| **September 23, 2020** | The Parties respond to written discovery already propounded and Plaintiff responds to additional discovery propounded by Defendants (including, but not limited to deposition notices of Plaintiff and other persons/entities with information regarding Plaintiff's property and site inspection). |
| **October 19, 2020** | Defendants file their Derivative Sovereign Immunity Motions. |
| **November 3, 2020** | Plaintiff to identify and the Parties to meet and confer regarding any additional discovery Plaintiff contends is needed to oppose Defendants' motions |
| **January 8, 2021** | All discovery by Plaintiff completed. |
| **January 27, 2021** | Plaintiff's Opposition to Defendants' Motions due. |
| **February 19, 2021** | Defendants' Reply Memoranda due. |
| **March 4, 2021** | Hearing on Defendants' Motions. |

**IT IS SO ORDERED**.

DATED: _____, 2020

_____
UNITED STATES MAGISTRATE JUDGE
DONNA M. RYU