| | |
|---|---|
| THE ARNS LAW FIRM<br>Robert S. Arns (SBN 65071)<br>rsa@arnslaw.com<br>Jonathan E. Davis (SBN 191346)<br>jed@arnslaw.com<br>Robert C. Foss (SBN 275489)<br>rcf@arnslaw.com<br>Shounak S. Dharap (SBN 311557)<br>ssd@arnslaw.com<br>515 Folsom Street, 3rd Floor<br>San Francisco, CA  94150<br>Telephone:  415.594.7800<br>Telephone:  415.495.7888<br><br>Attorneys for Plaintiff<br>CRAIG MASON | ROGERS JOSEPH O'DONNELL<br>Neil H. O'Donnell (State Bar No. 57928)<br>nodonnell@rjo.com<br>Gayle M. Athanacio (State Bar No. 130068)<br>gathanacio@rjo.com<br>Emily A. Wieser (State Bar No. 311315)<br>ewieser@rjo.com<br>311 California Street<br>San Francisco, California 94104<br>Telephone:  415.956.2828<br>Facsimile:  415.956.6457<br><br>Attorneys for Defendant<br>ASHBRITT, INC. |

NOSSAMAN LLP
JAMES H. VORHIS (SBN 245034)
jvorhis@nossaman.com
DAVID C. LEE (SBN 193743)
dlee@nossaman.com
JILL N. JAFFE (SBN 286625)
jjaffe@nossaman.com
ALEXANDER WESTERFIELD (SBN 295676)
awesterfield@nossaman.com
50 California Street, 34th Floor
San Francisco, CA 94111
Telephone:     415.398.3600
Facsimile:      415.398.2438

Attorneys for Defendant TETRA TECH, INC.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG MASON, PATRICIA HEALEY, and GARY GOODRICH, Individually and on Behalf of All Other Similarly Situated Persons,<br><br>Plaintiffs,<br><br>vs.<br><br>ASHBRITT, INC.; TETRA TECH, INC.; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No:  4:19-cv-01062-DMR<br><br>**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE**<br><br>Date Action Filed: February 26, 2019 |

| | |
|---|---|
| 1 | Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Craig Mason and Defendants AshBritt, Inc. and Tetra Tech, Inc., by and through their respective counsel, hereby stipulate to Plaintiff's dismissal of this action with prejudice.  Plaintiff stipulates that he is dismissing this action with prejudice without receiving any payment or other form of compensation or value from the Defendants.  Plaintiff further stipulates and represents that no portion of any of claim, demand, cause of action, or other matter asserted in this action at any time has been assigned or transferred to any other party or entity, either directly or by way of subrogation or operation of law.  Based on Plaintiff's above stipulations and representations, the Parties stipulate and agree that the Parties shall bear their own attorney's fees and costs incurred in this action. |

**IT IS SO STIPULATED.**

Date:   October 14, 2020            THE ARNS LAW FIRM

                                By:  /s/  Shounak S. Dharap
                                       Shounak S. Dharap

                                Attorneys for PLAINTIFF CRAIG MASON


                                ROGERS JOSEPH O'DONNELL

                                By:  /s/ Gayle M. Athanacio
                                       Gayle M. Athanacio

                                Attorneys for Defendant ASHBRITT, INC.


                                NOSSAMAN LLP

                                By:  /s/ James H. Vorhis
                                       James H. Vorhis

                                Attorneys for Defendant TETRA TECH, INC.